**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1192**

RHONDA T. BRANTLEY,

                Plaintiff – Appellant,

     v.

ETHICON, INCORPORATED; JOHNSON & JOHNSON,

                Defendants - Appellees.

**No. 16-1194**

SHELIA L. BRACATO,

                Plaintiff – Appellant,

     v.

ETHICON, INCORPORATED; JOHNSON & JOHNSON,

                Defendants - Appellees.

Appeals from the United States District Court for the Southern District of West Virginia, at Charleston.  Joseph R. Goodwin, District Judge.  (2:12-cv-02605; 2:12-cv-02697; 2:12-md-02327)

Submitted:  August 12, 2016      Decided:  August 24, 2016

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

———————————

Tracy W. Houck, Ron Riggle, HOUCK & RIGGLE, LLC, Ruston, Louisiana, for Appellants. Philip Combs, David B. Thomas, Daniel R. Higginbotham, THOMAS COMBS & SPANN, PLLC, Charleston, West Virginia; John C. Henegan, Sr., Christy Jones, Susanna Moore Moldoveanu, BUTLER SNOW LLP, Ridgeland, Mississippi, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rhonda T. Brantley and Shelia L. Bracato appeal the district court's orders dismissing these actions for failure to timely effect service of process. We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brantley v. Ethicon, Inc., Nos. 2:12-cv-02605, 2:12-md-02327 (S.D. W. Va. Jan. 25, 2016); Bracato v. Ethicon, Inc., Nos. 2:12-cv-02697, 2:12-md-02327 (S.D. W. Va. Jan. 25, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED